*CLOSED*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| NEW COSMOS SYSTEMS, | : | |
| Plaintiff, | : | Civil Action No. 10-3129 (SRC) |
| v. | : | **ORDER** |
| CHICAGO MIDWEST EXPORT CORP. et al., | : | |
| Defendants. | : | |

**CHESLER, U.S.D.J.**

This matter having come before the Court upon the motion by Plaintiff New Cosmos Systems for default judgment against Defendants Shuming Gu, George J. Ferguson, and Chicago Midwest Export Corp., pursuant to Fed.R.Civ.P. 55(b)(2); and

**IT APPEARING** that the Court Ordered on September 29, 2010, that the motion for default judgment be granted, and that this matter be referred to the magistrate judge for an evidentiary hearing to establish the amount of damages, pursuant to 28 U.S.C. § 636(b)(1)(B); and it further

**APPEARING** that on November 15, 2011, Magistrate Judge Michael A. Shipp issued a Report and Recommendation ("R&R") on this matter, pursuant to FED. R. CIV. P. 72(b), L. CIV. R. 72.1(a)(2), and 28 U.S.C. § 636(b)(1)(B); and it further

**APPEARING** that, within 10 days of service of the magistrate judge's recommended disposition, any party to the action may file specific objections, stated in writing, to the

magistrate judge's proposed findings and recommendations;[1] and it further

**APPEARING** that a district judge must conduct a de novo review of those portions of the magistrate judge's R&R to which objection is made;[2] and it further

**APPEARING** that the time for filing objections to the R&R has expired, and no objections to the R&R have been filed; and it further

**APPEARING** that this Court has reviewed the R&R and accepts and agrees with the findings and recommendations of the R&R in whole; and good cause appearing,

**IT IS, THEREFORE**, on this 14th day of December, 2011,

**ORDERED** that the November 15, 2011 R&R [docket entry no. 25] is **ADOPTED** as the Opinion of the Court; and it is further

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 55(b)(2), Judgment is hereby entered in favor of Plaintiffs and against Defendants Shuming Gu, George J. Ferguson, and Chicago Midwest Export Corp. in the amount of $119,883.43.

      s/ Stanley R. Chesler
      STANLEY R. CHESLER, U.S.D.J.

---

[1] 28 U.S.C. § 636(b)(1)(C).

[2] Id.